U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: Not assigned yet |
|---|---|
| Joseph J. Giacalone, Jr. v. Resurrection Medical Center and Illinois Collection Service, Inc. | **FILED: MAY 08, 2008**<br>**08CV2670    AEE**<br>**JUDGE MAROVICH**<br>**MAGISTRATE JUDGE COX** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Resurrection Medical Center

| NAME (Type or print) |
|---|
| Edwin E. Brooks |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Edwin E. Brooks |
| FIRM<br>McGuireWoods LLP |
| STREET ADDRESS<br>77 West Wacker Drive, Suite 4100 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6193734 | (312) 849-3060 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐