# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: Not assigned yet |
|---|---|
| Joseph J. Giacalone, Jr. v. Resurrection Medical Center and Illinois Collection Service, Inc. | **FILED: MAY 08, 2008**<br>**08CV2670         AEE**<br>**JUDGE MAROVICH**<br>**MAGISTRATE JUDGE COX** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Resurrection Medical Center

| |
|---|
| NAME (Type or print)<br>Steven D. Hamilton |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ Steven D. Hamilton |
| FIRM<br>McGuireWoods LLP |
| STREET ADDRESS<br>77 West Wacker Drive, Suite 4100 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289663 | TELEPHONE NUMBER<br>(312) 849-8232 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |