# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| JOSEPH J. GIACALONE, JR.,<br><br>        Plaintiff,<br>v.<br><br>RESURRECTION MEDICAL CENTER and ILLINOIS COLLECTION SERVICE, INC.,<br><br>        Defendants. | Case No.  08 CV 2670<br><br>Judge Marovich<br><br>Magistrate Judge Cox |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ILLINOIS COLLECTION SERVICE, INC.

| |
|---|
| NAME:  David M. Schultz |
| SIGNATURE:  s/ *David M. Schultz* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197596 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |

6316843v1 888206

**CERTIFICATE OF SERVICE**

      I hereby certify that on **May 9, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

| *Attorney for Plaintiff - Pro Se* | *Attorneys for Defendant, Resurrection Medical Center* |
|---|---|
| Joseph J. Giacalone<br>GIACALONE & ASSOCIATES, LLC<br>4304 North Osceola Avenue<br>Norridge, IL 60706<br>847-707-9000 | Edwin Earl Brooks<br>Steven David Hamilton<br>McGUIRE WOODS LLP<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL 60601<br>312-849-3060<br>Fax: 312-920-3681<br>ebrooks@mcguirewoods.com<br>shamilton@mcguirewoods.com |

HINSHAW & CULBERTSON LLP

David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
dschultz@hinshawlaw.com

s/ *David M. Schultz*
David M. Schultz

6316843v1 888206