**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH J. GIACALONE, JR. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Resurrection Medical Center and Illinios ) <br> Collection Services, Inc., ) <br> ) <br> Defendants. ) | No. 08 CV 2670 <br><br> Judge Marovich <br> Magistrate Judge Cox |

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**DEFENDANT ILLINOIS COLLECTION SERVICES, INC.**

| SIGNATURE: /s/ *Stephen D. Vernon* | |
|---|---|
| FIRM  Hinshaw & Culbertson LLP | |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6288676 | TELEPHONE NUMBER <br> 312-704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☒ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☒ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☒ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☒ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ ||

6319331v1 888206

## CERTIFICATE OF SERVICE

    I, the undersigned a non-attorney, depose and state that I caused to be served a true and correct copy of the foregoing **APPEARANCE,** via the U.S. Mail on May 15, 2008 and that it was electronically filed using the Court's CM/ECF system and served upon all Parties/Counsel of Record via electronic transmission pursuant to the Court's CM/ECF system, and upon:

| : | Joseph J. Giacalone, Pro Se<br>Giacalone & Associates, LLC<br>4304 North Osceola Avenue<br>Norridge, Illinois 60706<br>joegiacalone@comcast.net | Edwin Earl Brooks<br>Steven David Hamilton<br>McGuire Woods LLP<br>77 West Wacker Drive, Ste. 4100<br>Chicago, Il 60601<br>ebrooks@mcguirewoods.com<br>shamilton@mcguirewoods.com |
|---|---|---|

**[X]** *Under penalties as provided by law pursuant to 735 ILCS 5/ 1-109 I certify that the statements set forth herein are true and correct.*

/S/*Peggy A. Michael*

6319331v1 888206