IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH J. GIACALONE, JR. | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 CV 2670 |
| v. | ) | |
| | ) | Judge Marovich |
| Resurrection Medical Center and Illinios Collection Services, Inc., | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant Illinois Collection Services, Inc. ("ICS"), by and through its undersigned counsel, David M. Schultz and Stephen D. Vernon, pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant it a 28 day enlargement of time to file a responsive pleading to Plaintiff's Complaint and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state claims under the Fair Credit Reporting Action and various state law theories.

2. This matter was originally filed in Illinois state court in the Circuit Court of Cook County.

3. Defense counsel was recently retained and removed the matter from state court pursuant to 28 U.S.C. § 1441(a) on May 8, 2008.

4. Pursuant to the Federal Rules of Civil Procedure, Defendant's answer or otherwise responsive pleading is currently due May 15, 2008.

5. Defendant hereby requests an additional 28 days from May 15, 2008 to answer or otherwise respond to Plaintiff's Complaint, up to and including June 12, 2008

6. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

7.      Defense counsel contacted Plaintiff regarding this motion and he has no objection to the extension.

WHEREFORE, Illinois Collection Services, Inc. respectfully requests that this Court grant it a 28 day enlargement of time, to and including June 15, 2008, in which to answer or otherwise plead to Plaintiff's Complaint.

ILLINOIS COLLECTION SERVICES, INC.

By: *s/Stephen D. Vernon*
One of Its Attorneys

David M. Schultz
Stephen D. Vernon
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
312-704-3001
dschultz@hinshawlaw.com
svernon@hinshawlaw.com