# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH J. GIACALONE, JR. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 08 CV 2670 |
| Resurrection Medical Center and Illinios | ) | |
| Collection Services, Inc., | ) | Judge Marovich |
| | ) | Magistrate Judge Cox |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

**TO:**  Joseph J. Giacalone, Pro Se          Edwin Earl Brooks
Giacalone & Associates, LLC          Steven David Hamilton
4304 North Osceola Avenue          McGuire Woods LLP
Norridge, Illinois  60706          77 West Wacker Drive, Ste. 4100
joegiacalone@comcast.net          Chicago, Il  60601
                                         ebrooks@mcguirewoods.com
                                         shamilton@mcguirewoods.com

PLEASE TAKE NOTICE that on Tuesday, May 27, 2008 at 10:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge George M. Marovich or any judge sitting in her stead, in Courtroom 1944-C at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Unopposed Motion For An Enlargement of Time, a copy of which are hereby served upon you.

Respectfully submitted,

ILLINOIS COLLECTION SERVICES, INC

David M. Schultz                                    By: s/*Stephen D. Vernon*
Stephen D. Vernon                                         One of Its Attorneys
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6319310v1 888206

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on May 15, 2008.

By: s/*Stephen D. Vernon*

2

6319310v1 888206