IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH J. GIACALONE, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08-CV-2670 |
| v. | ) |
| | ) Hon. George M. Marovich |
| RESURRECTION MEDICAL CENTER and | ) |
| ILLINOIS COLLECTION SERVICE, INC., | ) Mag. Judge Susan E. Cox |
| | ) |
| Defendants. | ) |
| | ) |

**AGREED MOTION FOR ENLARGEMENT OF TIME FOR RESURRECTION
MEDICAL CENTER TO RESPOND TO THE COMPLAINT**

Defendant, Resurrection Medical Center ("Resurrection"), by its undersigned attorneys, respectfully submits this Agreed Motion for Enlargement of Time for Resurrection Medical Center to Respond to the Complaint, and in support thereof states as follows:

1. On or about March 17, 2008, Plaintiff, Joseph J. Giacalone, Jr. ("Plaintiff"), commenced this case in the Circuit Court of Cook County, County Department, Law Division, by filing his Complaint, which asserted nine (9) separate causes of action against Resurrection and Illinois Collection Service, Inc. ("ICS"), including alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

2. Resurrection was served with the Summons and Complaint on April 10, 2008.

3. The undersigned counsel was retained on or about Wednesday, May 7, 2008. The next day, on Thursday, May 8, 2008, Resurrection and ICS filed their Joint Notice of Removal with this Court and a Notice of Removal to Federal Court in the Circuit Court of Cook County, County Department, Law Division.

4. Pursuant to Fed. R. Civ. P. 81(c), Resurrection and ICS have five (5) days from the date of filing the Notice of Removal to respond to the Complaint. Accordingly, its response is due on Thursday, May 15, 2008.

5. Counsel for Resurrection has commenced a preliminary investigation into the allegations set forth in the Complaint. However, due to the numerosity of the allegations and the fact that counsel was just recently retained, additional time is necessary to more fully investigate this matter.

6. On May 15, 2008, the undersigned counsel for Resurrection spoke with counsel for ICS via telephone, who is seeking an identical extension of time from this Court for ICS to respond to the Complaint.

7. Additionally, on May 15, 2008, the undersigned counsel for Resurrection spoke with Plaintiff, who is appearing *pro se*, via telephone at approximately 2:40 p.m. and advised him of this motion. Plaintiff stated that he does not object to the requested extension of time.

8. This is Resurrection's first motion for enlargement of time and is not made for the purpose of delay; rather, this motion is made in an attempt to secure sufficient time to adequately prepare a response to the lengthy Complaint. Accordingly, Resurrection respectfully requests that this Court grant it <u>an additional twenty-eight (28) days, up to and including June 12, 2008, to respond to the Complaint.</u>

WHEREFORE, for the reasons set forth herein, Defendant, Resurrection Medical Center, respectfully requests that this Court enter an order:

(a) granting Resurrection an additional twenty-eight (28) days, up to and including June 12, 2008, to respond to the Complaint; and

(b) any additional relief that this Court deems just and proper.

| | |
|---|---|
| Dated: May 15, 2008 | Respectfully submitted,<br><br>RESURRECTION MEDICAL CENTER<br><br><u>     /s/  Steven D. Hamilton     </u><br>One of Its Attorneys<br><br>Edwin E. Brooks<br>Steven D. Hamilton<br>MCGUIREWOODS LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601<br>(t) 312-849-8100<br>(f) 312-849-3690<br><br>*Attorneys for Resurrection Medical Center* |

## **CERTIFICATE OF SERVICE**

I, Steven D. Hamilton, an attorney, hereby certify that on May 15, 2008, I caused a copy of the foregoing *Agreed Motion for Enlargement of Time for Resurrection Medical Center to Respond to the Complaint* to be filed with the Court's electronic filing system. Parties may access this document through that system. Additionally, I hereby certify that I caused copy of the same to be served via First Class U.S. Mail, postage prepaid, at 77 West Wacker Drive, Suite 4100, Chicago, IL 60601, upon the following people:

> Joseph J. Giacalone, Jr.
> Giacalone & Associates, LLC
> 4304 N. Osceola Ave.
> Norridge, IL 60706

/s/ Steven D. Hamilton

\6247615.1