IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH J. GIACALONE, JR.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RESURRECTION MEDICAL CENTER and<br>ILLINOIS COLLECTION SERVICE, INC.,<br><br>　　　　Defendants. | )<br>)<br>) Case No. 08-CV-2670<br>)<br>) Hon. George M. Marovich<br>)<br>) Mag. Judge Susan E. Cox<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

**To:**　Joseph J. Giacalone
　　　　Giacalone & Associates, LLC
　　　　4304 N. Osceola Ave.
　　　　Norridge, IL 60706

　　　**PLEASE TAKE NOTICE** that on Tuesday, May 27, 2008, at 10:30 a.m., we shall appear in Room 1944-C of Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, before the Honorable George M. Marovich, or another judge sitting in his stead, and shall present a copy of *Agreed Motion for Enlargement of Time for Resurrection Medical Center to Respond to the Complaint*, a copy of which is attached hereto and served upon you.

Dated: May 15, 2008　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　RESURRECTION MEDICAL CENTER

　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven D. Hamilton
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

　　　　　　　　　　　　　　　　　　　　　Edwin E. Brooks
　　　　　　　　　　　　　　　　　　　　　Steven D. Hamilton
　　　　　　　　　　　　　　　　　　　　　MCGUIREWOODS LLP
　　　　　　　　　　　　　　　　　　　　　77 West Wacker Drive, Suite 4100
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　(t) 312-849-8100
　　　　　　　　　　　　　　　　　　　　　(f) 312-849-3690

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Resurrection Medical Center*

## CERTIFICATE OF SERVICE

    I, Steven D. Hamilton, an attorney, hereby certify that on May 15, 2008, I caused a copy of the foregoing *Notice of Motion* to be filed with the Court's electronic filing system. Parties may access this document through that system. Additionally, I hereby certify that I caused copy of the same to be served via First Class U.S. Mail, postage prepaid, at 77 West Wacker Drive, Suite 4100, Chicago, IL 60601, upon the following people:

Joseph J. Giacalone
Giacalone & Associates, LLC
4304 N. Osceola Ave.
Norridge, IL 60706

        /s/ Steven D. Hamilton

\6247615.1