UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Joseph J. Giacalone
                                 Plaintiff,

v.                                                             Case No.: 1:08–cv–02670
                                                                                Honorable George M. Marovich

Resurrection Medical Center, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable George M. Marovich: Defendant Illinois Collection Service, Inc.'s unopposed motion for enlargement of time to 6/15/2008 to respond to the complaint [8] is granted. Defendant Resurrection Medical Center's agreed motion for enlargement of time to 6/12/2008 to respond to the complaint [10] is granted. All parties shall comply with Judge Marovich's requirements for the initial appearance as outlined in Judge Marovich's case management procedures located at: www.ilnd.uscourts.gov. The parties shall deliver a copy of the initial status report to the Courtroom Deputy (Room 2260) by 6/18/2008. Status hearing set for 6/24/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.