# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISCTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Joseph J. Giacalone, Jr. Esq. | ) |
| | ) Case No. 08-CV-2670 |
| | ) Hon. George M. Marovich |
| Plaintiff, | ) Mag. Judge Susan E. Cox |
| vs. | ) |
| | ) |
| Resurrection Medical Center, | ) IL Circuit Court |
| and | ) Case No. 2008L002984 |
| Illinois Collection Service, Inc. | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**FILED**
JUN 0 5 2008 TC
Jun 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Edwin E. Brooks               David M., Schultz
    Steven D. Hamilton            Stephen Vernon
    McGuire Woods LLP             Hindshaw & Culberston
    77 W. Wacker Ste. 4100        222 N. LaSalle Ste. 300
    Chicago, IL 60601             Chicago, IL 60601

On __6/17/08__, at __10:30__ A.M./P.M. or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Judge __Marovich__ in court room __1744__ in the Federal Dirksen Building, 219 S. Dearborn, Chicago Illinois, and then and there present the

attached Motion for Remand and Objection to Joint Notice of Removal.

By: _____
Joseph J. Giacalone, Esq.

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the attached document by regular mail to the above recipients on June ___, 2008.

By _____
Joseph J. Giacalone

Joseph J. Giacalone,
Giacalone & Assoc., LLC
4304 N. Osceola
Norridge, IL 60706
847-707-9000
Attorney No. 35789