IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH J. GIACALONE, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RESURRECTION MEDICAL CENTER and )<br>ILLINOIS COLLECTION SERVICE, INC., )<br>)<br>Defendants. )<br>)<br>) | Case No. 08-CV-2670<br><br>Hon. George M. Marovich<br><br>Mag. Judge Susan E. Cox |

## RESURRECTION MEDICAL CENTER'S MOTION TO DISMISS

Defendant, Resurrection Medical Center ("Resurrection"), by and through its undersigned attorneys, respectfully submits this Motion to Dismiss, and in support thereof state as follows:

1. Resurrection is a not-for-profit health system located on the northwest side of Chicago. Plaintiff, a *pro se* attorney, received medical treatment on various occasions from Resurrection. After failing to pay for those medical services, Plaintiff filed a prolix nine-count Complaint against Resurrection and Illinois Collection Service, Inc. arising out of their attempts to obtain payment.

2. As set forth in the accompanying memorandum of law, Counts I, II, IV, V and VIII of the Complaint should be dismissed because they are preempted by the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et. seq.* Independent of that, each of Plaintiff's claims should be dismissed for several additional reasons. Furthermore, Plaintiff's claim for punitive damages fails because the Complaint sets forth no allegations that Resurrection acted with an evil motive.

**WHEREFORE**, Defendant, Resurrection Medical Center, respectfully requests that this Court enter an order as follows:

a) Dismissing the Complaint with prejudice as it relates to Resurrection Medical Center; and

b) Granting Resurrection Medical Center such further relief that this Court deems just and equitable.

Dated: June 12, 2008                              Respectfully submitted,

                                                  RESURRECTION MEDICAL CENTER


                                                  _____/s/ Steven D. Hamilton_____
                                                  One of Its Attorneys

                                                  Edwin E. Brooks
                                                  Steven D. Hamilton
                                                  MCGUIREWOODS LLP
                                                  77 West Wacker Drive, Suite 4100
                                                  Chicago, IL 60601
                                                  (t) 312-849-8100
                                                  (f) 312-849-3690

                                                  *Attorneys for Resurrection Medical Center*

**CERTIFICATE OF SERVICE**

      I, Steven D. Hamilton, an attorney, hereby certify that on June 12, 2008, I caused a copy of the foregoing *Resurrection Medical Center's Motion to Dismiss* to be filed with the Court's electronic filing system. Parties may access this document through that system. Additionally, I hereby certify that I caused copy of the same to be served via First Class U.S. Mail, postage prepaid, at 77 West Wacker Drive, Suite 4100, Chicago, IL 60601, upon the following people:

Joseph J. Giacalone, Jr.
Giacalone & Associates, LLC
4304 N. Osceola Ave.
Norridge, IL 60706

                                                                  /s/ Steven D. Hamilton

\6335796.1