**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH J. GIACALONE, JR.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>RESURRECTION MEDICAL CENTER and  )<br>ILLINOIS COLLECTION SERVICE, INC.,  )<br>  )<br>    Defendants.  )<br>  ) | Case No. 08-CV-2670<br><br>Hon. George M. Marovich<br><br>Mag. Judge Susan E. Cox |

**NOTICE OF MOTION**

**To:**  Joseph J. Giacalone            Stephen D. Vernon
Giacalone & Associates, LLC       David M. Schultz
4304 N. Osceola Ave.              Hinshaw & Culbertson LLP
Norridge, IL 60706                222 N. LaSalle St., Suite 300
                                  Chicago, IL 60601

**PLEASE TAKE NOTICE** that on Tuesday, June 24, 2008, at 10:30 a.m., we shall appear in Room 1944-C of Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, before the Honorable George M. Marovich, or another judge sitting in his stead, and shall present a copy of *Resurrection Medical Center's Motion to Dismiss*, a copy of which is attached hereto and served upon you.

Dated: June 12, 2008                        Respectfully submitted,

                                            RESURRECTION MEDICAL CENTER


                                                 /s/ Steven D. Hamilton
                                            One of Its Attorneys

                                            Edwin E. Brooks
                                            Steven D. Hamilton
                                            MCGUIREWOODS LLP
                                            77 West Wacker Drive, Suite 4100
                                            Chicago, IL 60601
                                            (t) 312-849-8100
                                            (f) 312-849-3690

                                            *Attorneys for Resurrection Medical Center*

## CERTIFICATE OF SERVICE

I, Steven D. Hamilton, an attorney, hereby certify that on June 12, 2008, I caused a copy of the foregoing *Notice of Motion* to be filed with the Court's electronic filing system. Parties may access this document through that system. Additionally, I hereby certify that I caused copy of the same to be served via First Class U.S. Mail, postage prepaid, at 77 West Wacker Drive, Suite 4100, Chicago, IL 60601, upon the following people:

Joseph J. Giacalone<br>
Giacalone & Associates, LLC<br>
4304 N. Osceola Ave.<br>
Norridge, IL 60706

       /s/  Steven D. Hamilton

\6335912.1