IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH J. GIACALONE, JR. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | No. 08 CV 2670 |
| RESURRECTION MEDICAL CENTER | ) | |
| AND ILLINOIS COLLECTION | ) | Judge Marovich |
| SERVICES, INC., | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**  Joseph J. Giacalone, Pro Se  
Giacalone & Associates, LLC  
4304 North Osceola Avenue  
Norridge, Illinois 60706  
joegiacalone@comcast.net  

Edwin Earl Brooks  
Steven David Hamilton  
McGuire Woods LLP  
77 West Wacker Drive, Ste. 4100  
Chicago, Il 60601  
ebrooks@mcguirewoods.com  
shamilton@mcguirewoods.com  

   PLEASE TAKE NOTICE that on Tuesday, June 24, 2008 at 10:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge George M. Marovich or any judge sitting in her stead, in Courtroom 1944-C at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion to Dismiss, a copy of which are hereby served upon you.

Respectfully submitted,

ILLINOIS COLLECTION SERVICES, INC

By: s/*Stephen D. Vernon*
One of Its Attorneys

David M. Schultz
Stephen D. Vernon
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6330466v1 888206

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on June 16, 2008.

    By: s/*Stephen D. Vernon*

6330466v1 888206