# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Joseph J. Giacalone

                              Plaintiff,

v.                                               Case No.: 1:08–cv–02670
                                              Honorable George M. Marovich

Resurrection Medical Center, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable George M. Marovich:Motion hearing held. Plaintiff's motion to remand [13] is denied. Status hearing set for 6/24/2008 is stricken. Motion hearing set for 6/24/2008 is stricken. Briefing schedule set on defendants' motions to dismiss[15] [19]: responses due by 7/15/2008; replies due by 7/29/2008; rule by mail. Mailed notice(clw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.