

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number: 08-CV-2670

Giacalone v. Resurrection and Illinois collection Service

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Joseph J. Giacalone

FILED JUL 14, 2008
J.N
JUL 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Joseph Giacalone | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Joseph Giacalone | |
| FIRM <br> Giacalone & Assoc. | |
| STREET ADDRESS <br> 4304 N. Osceola | |
| CITY/STATE/ZIP <br> Norridge, IL 60706 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 35789 | TELEPHONE NUMBER <br> 8477079000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |