**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH J. GIACALONE, JR. | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 CV 2670 |
| v. | ) | |
| | ) | Judge Marovich |
| RESURRECTION MEDICAL CENTER AND | ) | |
| ILLINOIS COLLECTION SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS DEFENDANT ILLINOIS COLLECTION SERVICE, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, Joseph J. Giacalone, Jr., and Defendant, Illinois Collection Services, Inc., hereby stipulate to the dismissal of Defendant, Illinois Collection Service, Inc., solely, in the above-captioned cause of action with prejudice, each party to bear their own costs.

Dated: July 29, 2008

/s/ Joseph J. Giacalone
One of Plaintiff's Attorneys

Joseph J. Giacalone, Pro Se
Giacalone & Associates, LLC
4304 North Osceola Avenue
Norridge, Illinois  60706

/s/ Stephen D. Vernon
One of Defendant's Attorneys

David M. Schultz
Stephen D. Vernon
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008 a copy of the foregoing **Stipulation to Dismiss** was filed electronically**.**  Electronic notice of this filing will be sent to the following persons.  Parties may access this filing through the Court's system.

|  |  |
|---|---|
| Joseph J. Giacalone, Pro Se | Edwin Earl Brooks |
| Giacalone & Associates, LLC | Steven David Hamilton |
| 4304 North Osceola Avenue | McGuire Woods LLP |
| Norridge, Illinois  60706 | 77 West Wacker Drive, Ste. 4100 |
| joegiacalone@comcast.net | Chicago, Il  60601 |
|  | ebrooks@mcguirewoods.com |
|  | shamilton@mcguirewoods.com |

/s/ Stephen D. Vernon_____

David M. Schultz
Stephen D. Vernon
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
dschultz@hinshawlaw.com
svernon@hinshawlaw.com