# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George M. Marovich | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2670 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Joseph J. Giacalone, Jr. Vs. Resurrection Medical Center, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Illinois Collection Service, Inc.'s motion to dismiss [19] is moot. Pursuant to stipulation defendant Illinois Collection Service, Inc. is dismissed with prejudice, each party to bear its own costs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|